AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUCAS TINOCO-TIERES | ) | Case No. 25-mj-172 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 3, 2025__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry of a removed alien |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Scott Edwards
*Complainant's signature*

Scott Edwards, Special Agent, HSI
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 5th day of December, 2025 in New Orleans, Louisiana

Date: December 5, 2025

*Judge's signature*

City and state: New Orleans, Louisiana

Hon. Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

___ Fee ___
___ Process ___
___ Dktd ___
___ CtRmDep ___
___ Doc. No ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-172 |
| v. | * | SECTION:  MAG |
| LUCAS TINOCO-TIERES | * | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Scott Edwards, being duly sworn, hereby depose and state as follows:

1.  Affiant, Scott Edwards, a Special Agent with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), New Orleans, Louisiana, being duly sworn, states the following:

2.  I am a Special Agent with HSI and have been employed as such since September 2003. In connection with my official duties, I investigate criminal violations of Titles 8, 18, 19, 31, and others of the United States Code. As a part of my official duties, I have directed and/or participated in criminal investigations involving Immigration violations, smuggling of narcotics and other illicit merchandise, the sale of fraudulent documents, and various financial crimes investigations.

3.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.  Based upon my involvement in this investigation and my review of reports and information provided to me by witnesses and other official sources, I am familiar with the facts and circumstances of this investigation. Because this affidavit is being submitted for the limited

purpose of filing a criminal complaint, I have set forth only the facts which I believe are necessary to establish probable cause.

5.      Homeland Security Investigations (HSI) New Orleans received information that an individual known as **LUCAS TINOCO-TIERES** had been previously removed from the United States and has returned to the New Orleans, Louisiana area.

6.      A query of HSI databases revealed that **TINOCO-TIERES** is an alien assigned Alien Registration Number 079656105, a citizen of Guatamala who was previously deported from the United States on November 29, 2017, August 2, 2012, and March 20, 2002.  HSI Special Agent Edwards reviewed the photographs of **TINOCO-TIERES** in the HSI database and confirmed that he was the same individual that has now re-entered the United States and resides in the New Orleans, Louisiana area.

7.      There is no record of **TINOCO-TIERES** in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of Homeland Security or the Attorney General to return to the United States after his removals.

8.      On December 3, 2025, **TINOCO-TIERES** was arrested by ICE Border Patrol Officers in New Orleans, LA. for re-entering the United States after removal. Special Agent Edwards reviewed the booking photo and booking reports from this encounter with Border Patrol Officers and compared them with biographical information from previous immigration encounters. Special Agent Edwards confirmed the individual was **TINOCO-TIERES**.

9.      Based on the foregoing, your Affiant believes that probable cause exists that **TINOCO-TIERES** recently entered the United States, without the Secretary of Homeland Security or the Attorney General having expressly consented to his reapplication for admission,

after having been ordered deported and removed from the United States, all in violation of 8 U.S.C 1326(a), Illegal Reentry of Removed Alien.

/s/ Scott Edwards
Scott Edwards
Special Agent
Badge No. 422
Homeland Security Investigations

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 5th day of December, 2025 in New Orleans, Louisiana

HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

3